NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. MCNEELY, *an individual*, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., a business entity unknown: NDEX WEST, LLC, a business entity unknown; and Does 1 through 50, inclusive, <br><br> Defendants. | Case No.: SACV 11-01370 DOC (MLGx) <br><br> [~~PROPOSED~~] JUDGMENT OF DISMISSAL |

On January 12, 2012, this Court entered an Order (Docket 18) dismissing the present case based on plaintiff's failure to file an amended complaint, in compliance with this Court's December 15, 2011 order (Docket 17). Accordingly:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This action is dismissed with prejudice, as to defendant Wells Fargo Bank, N.A. ("Wells Fargo").

2. Plaintiff Russell McNeely shall take nothing from Wells Fargo.

3. ~~As the prevailing party, Wells Fargo may submit motions to tax costs and to recover reasonable attorneys' fees.~~

IT IS SO ORDERED.

Dated: __April 4__, 2012

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE